AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 20, 2022**

SEAN F. McAVOY, CLERK

COUNTRY MUTUAL INSURANCE COMPANY, an Illinois corporation,

*Plaintiff*

v.

J. TIM JACKSON and ROBERTA JACKSON, husband and wife; et al.

*Defendant*

Civil Action No. 2:20-CV-00150-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion for Summary Judgment, ECF No. 49, is DENIED. Plaintiff's Motion for Summary Judgment, ECF No. 52, is GRANTED. The parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 69, is GRANTED. Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian .

Date: 1/20/2022

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen